UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1283 GW (FFMx) | Date | November 18, 2009 |
|---|---|---|---|
| Title | GERALD STEPHENS v. PETZL AMERICA, INC. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| J. Muñoz | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**  **(IN CHAMBERS): ORDER RE AMENDED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

      On November 3, 2009, this Court entered a protective order pursuant to the stipulation of the parties. On November 4, 2009, the parties submitted a document entitled "Amended Confidentiality Agreement and Stipulated Protective Order." The parties are directed to either (1) file a notice of withdraw of the Amended Confidentiality Agreement and Stipulated Protective Order; or (2) file with this Court an explanation of the proposed changes in terms from the protective order entered by the Court and the amended protective order the parties apparently seek. The parties must file their response to this order within 7 days of the date hereof.